RECEIVED
IN LAKE CHARLES, LA
JUL 16 2015
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| KASEY HOYLE, | * | CIVIL ACTION NO. 2:13-cv-2950 |
| Plaintiff, | * | |
| v. | * | JUDGE MINALDI |
| DON DIXON, ET AL., | * | |
| Defendants. | * | MAGISTRATE JUDGE KAY |

***********************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 7] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's complaint [Doc. 1] be and hereby is **DISMISSED** in accordance with the provisions of Federal Rule of Civil Procedure 41(b).

Lake Charles, Louisiana, this 8 day of _____July_____, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE